IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEO ALI MCGRAW,

        Plaintiff,

v.

JOHN WETZEL et al.,

        Defendants.

CIVIL ACTION
NO. 15-5987

## ORDER

**AND NOW**, this 29th day of June 2016, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 11, 13, 18), Plaintiff's Order in Opposition to Defendants' Motions to Dismiss (Doc. No. 17), and Plaintiff's Motion for Discovery and Sovereign Immunity (Doc. No. 19), and in accordance with the Opinion of the Court issued this day, it is hereby **ORDERED** as follows:

1. Defendants' Motions to Dismiss (Doc. Nos. 11, 13, 18) are **GRANTED.**
2. Plaintiff's Complaint (Doc. No. 3) is **DISMISSED.**
3. Plaintiff's Motion for Discovery and Sovereign Immunity (Doc. No. 19) is **DENIED.**
4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.